In the Matter of DOMINIC K. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROBIN W., Appellant. [821 NYS2d 505]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered May 5, 2005 in a proceeding pursuant to Family Court Act article 6. The order granted petitioner's motion to revoke a suspended judgment and terminated the parental rights of respondent.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Briana R.*, 247 AD2d 940 [1998]). Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.